UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ20-503 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ANGELICA ANDRADE-ARENAL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offense charged:   Possession of Fentanyl with Intent to Distribute

Date of Detention Hearing:   August 11, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant is a citizen of Mexico with legal status in the U.S.  She resides

DETENTION ORDER
PAGE -1

primarily in California, but does not have an appropriate residence at this time. Her parents reside in Mexico.

2. Some of defendant's background information is unverified, including employment. She has minimal ties to this District and the location of her passport is also unverified.

3. Defendant poses a risk of nonappearance based on ties to Mexico, unverified background information, minimal ties to this District, unlocated passport, unverified employment, and lack of appropriate release address. Defendant poses a risk of danger due to the nature of the instant offense.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 11th day of August, 2020.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3