The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) WILMER AVILA-GAMEZ, and<br>(2) ANGELICA ANDRADE-ARENAL,<br><br>Defendants. | NO.   CR20-128 RSM<br><br>ORDER |

The Court issues this Order after considering the stipulated motion of the parties regarding a proposed pre-trial scheduling order. Trial in this matter is currently scheduled for February 16, 2021.

NOW, THEREFORE, IT IS HEREBY ORDERED that the following scheduling deadlines be applied to this case:

**Pre-trial Motions and Motions in Limine:** The pretrial motions and motions in limine deadline is January 4, 2021 (six weeks before trial).

**Designation of Calls for Trial.** The government shall identify intercepted calls and other communications it plans to use at trial, and provide at least rough transcripts of these calls, by January 18, 2021 (four weeks before trial).

1  **Federal Rule of Evidence 404(b):**  The deadline for designation of Rule 404(b)
2  evidence is January 18, 2021 (four weeks before trial).
3  **Expert Opinions:** The deadline for providing notice of any experts is January 18,
4  2021 (four weeks before trial).  However, the Court recognize the DEA laboratory has a
5  significant backlog in both analyzing drug evidence and fingerprint evidence. If these reports
6  have not yet been generated, the government shall so indicate to the Court and defense by
7  January 18, 2021 (four weeks before trial) and provide information as to when such reports
8  will reasonably be available.
9  **Henthorn Information:**  The deadline for the government to provide impeachment
10 information contained in law enforcement personnel files is February 1, 2021 (two weeks
11 before trial).
12 **Confidential Informants:**  If the government decides it will call confidential
13 informants to testify at trial, the government shall provide impeachment information as to
14 any such informant by February 1, 2021 (two weeks before trial).
15 **Proposed Jury Instructions, Proposed Voir Dire, Trial Memoranda, Witness**
16 **Lists, and Evidence Lists:** The deadline for the parties to file Proposed Jury Instructions,
17 Proposed Voir Dire, Trial Memoranda, Witness Lists, and Evidence Lists is February 8,
18 2021 (one week before trial).
19 IT IS FURTHER ORDERED that if the Court is ordered closed for the month of
20 February 2021 due to the COVID-19 pandemic, the above deadlines should be suspended
21 and the parties are directed to submit a new scheduling order to the Court.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Order - 2
*U.S. v. Avila-Gamez et al.*, CR20-128 RSM

IT IS FURTHER ORDERED that if it appears likely the Court will be closed in the month of February 2021 due to the COVID-19 pandemic, the parties may jointly or separately move the Court to amend any or all of the above deadlines.

DATED this 16th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
BRIAN T. MORAN
United States Attorney

*/s/ Stephen Hobbs*
STEPHEN HOBBS
BENJAMIN DIGGS
Assistant United States Attorneys


Reviewed and approved:

*/s/ Zachary Jarviz*
ZACHARY JARVIS
Counsel for Wilmer Avila-Gamez

*/s/ Stephan Illa*
STEPHAN ILLA
Counsel for Angelica Andrade-Arenal