The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-128RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANGELICA ANDRADE-ARENAL, | |
| Defendants. | |

This matter having come before the Court on the government's motion to dismiss without prejudice the pending charge against Angelica Andrade-Arenal (only) under this cause number, and understanding that the defense does not object to this motion, and after having reviewed the pleadings and records in this case:

NOW, THEREFORE, IT IS HEREBY ORDERED that the charge against Angelica Andrade-Arenal contained in Count 2 of the Indictment (Dkt. 18) under cause number CR20-128RSM is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the detention order (Dkt. 15) is RESCINDED and Angelica Andrade-Arenal is RELEASED under this cause number.

DATED this 23rd day of March, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge
 For the Hon. Ricardo S. Martinez
 Chief United States District Judge

Order - 1
*U.S. v. Andrade-Arenal*, CR20-128RSM